```
NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
KERRY L. QUINN (Cal. Bar No. 302954)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5423
     Facsimile: (213) 894-6269
     E-mail:    Kerry.L.Quinn@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-MJ-3313 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING DOCUMENTS |
| v. | |
| ANDREW MARNELL, | **(UNDER SEAL)** |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED that the complaint and the arrest warrant, and all attachments thereto, as well as the ex parte application for order sealing documents, the memorandum of points and authorities, the declaration of AUSA Kerry L. Quinn, and this Court's sealing order, and all documents subsequently filed under this same case number, shall be kept under seal until further order of the Court, or until the government determines that these materials are subject to its discovery obligations, at which time they may be produced to defense counsel, or the government otherwise determines that disclosure would be in the public interest or would

otherwise serve a law enforcement purpose, in which case the government is also permitted to disclose the sealed information.

| | |
|---|---|
| July 15, 2020 | /s/ Steve Kim |
| DATE | HONORABLE STEVE KIM<br>UNITED STATES MAGISTRATE JUDGE |

IN CASE OF DENIAL:

The government's application for an order sealing documents is DENIED. The underlying documents and the sealing application shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

IT IS SO ORDERED.

| | |
|---|---|
| DATE | HONORABLE STEVE KIM<br>UNITED STATES MAGISTRATE JUDGE |

Presented by:

/s/
KERRY L. QUINN
Assistant United States Attorney