# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT
07/28/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: DM DEPUTY

Case Number: 2:20-cr-00319-RGK
Defendant Number: 1
U.S.A. v. Andrew Marnell
Year of Birth: 1980

[✓] Indictment  [ ] Information
Investigative agency (FBI, DEA, etc.): FBI, FDIC-OIG, SBA-OIG, etc.

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense: April 14, 2020; April 29, 2020; May 11, 2020

c. County in which first offense occurred

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

[✓] Los Angeles   [ ] Ventura
[ ] Orange   [ ] Santa Barbara
[ ] Riverside   [ ] San Luis Obispo
[ ] San Bernardino   [ ] Other

Citation of Offense: 18 U.S.C. § 1344(2)—Bank Fraud

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

[ ] No   [✓] Yes

If "Yes," Case Number: N/A

Pursuant to General Order 19-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): N/A

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: July 15, 2020
Case Number: MJ 20-3313
Assigned Judge: Magistrate Judge John E. McDermott
Charging: 18 U.S.C. § 1344(2)—Bank Fraud

The complaint/CVB citation:
[✓] is still pending
[ ] was dismissed on:

## PREVIOUS COUNSEL

Was defendant previously represented? [ ] No  [✓] Yes
IF YES, provide Name: DFPD Adithya Mani
Phone Number: 213-894-7539

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?** [ ] Yes  [✓] No

This is the N/A superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on: N/A

Case Number N/A

The superseded case:
[ ] is still pending before Judge/Magistrate Judge N/A
[ ] was previously dismissed on N/A

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes   [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☐ YES ☑ NO

IF YES, list language and/or dialect:
N/A

**OTHER**

☑ Male  ☐ Female
☑ U.S. Citizen  ☐ Alien

Alias Name(s): Andrew Maxwell, Andrew Merrill, and Tyler Lerman

This defendant is charged in:
☑ All counts
☐ Only counts: ____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile? ☐ Yes ☑ No
IF YES, should matter be sealed? ☐ Yes ☐ No

The area(s) of substantive law that will be involved in this case include(s):
☑ financial institution fraud    ☐ public corruption
☑ government fraud               ☐ tax offenses
☐ environmental issues           ☑ mail/wire fraud
☐ narcotics offenses             ☐ immigration offenses
☐ violent crimes/firearms        ☐ corporate fraud
☐ Other ____

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on: N/A
   in the amount of $ N/A
c. PSA supervision? ☐ Yes ☐ No
d. Is on bail or release from another district: N/A

Defendant is **in custody**:
a. Place of incarceration: ☐ State ☑ Federal
b. Name of Institution: Los Angeles MDC
c. If Federal, U.S. Marshals Service Registration Number: 79584-112
d. ☑ Solely on this charge. Date and time of arrest: July 16, 2020
e. On another conviction: ☐ Yes ☐ No
   IF YES: ☐ State ☐ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes ☐ No
   IF YES: ☐ State ☐ Federal  AND
   Name of Court: N/A
   Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. ____20  ____21  ____40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: ____

Date: 07/27/2020

Signature of Assistant U.S. Attorney
Kerry L. Quinn
Print Name