NEHA CHRISTERNA (No. 245191)
Deputy Federal Public Defender
321 E. Second Street
Los Angeles, CA 90012
Tel. (213) 894-4104 / Fax. (213) 894-008

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 20-cr-00319-RGK |
| v. | |
| ANDREW MARNELL | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Ex Parte Application to File Under Seal; Declaration; Proposed Order
Stipulation

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

February 8, 2022
Date

Neha Christerna
Attorney Name

Andrew Marnell
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**